IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE CAMPBELL and KIM CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>HUNTER ENGINEERING COMPANY, and DOES 1 to 40,<br><br>Defendant. | CASE NO. CV12-03777 LHK HRL<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

STEVEN E. GARLOCK, whose business address and telephone number is

THOMPSON COBURN LLP
One US Bank Plaza, St. Louis, Missouri 63101
Telephone: (314) 552-6000 (sgarlock@thompsoncoburn.com)

and who is an active member in good standing of the bar of Missouri and Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing HUNTER ENGINEERING COMPANY

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 28, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge