1 | ROBERT E. DAVIES, ESQ. / SBN 106810
E-Mail: rdavies@donahuedavies.com
2 | MARY A. STEWART, ESQ. / SBN 106758
E-Mail: mstewart@donahuedavies.com
3 | GREGORY A. NELSON, ESQ. / SBN 274926
E-Mail: gnelson@donahuedavies.com
4 | DONAHUE • DAVIES LLP
P.O. BOX 277010
5 | Sacramento, CA 95827
Telephone: (916) 817-2900
6 | Facsimile: (916) 817-2644

7 | STEVEN E. GARLOCK, ESQ. / Pro Hac Vice
E-Mail: sgarlock@thompsoncoburn.com
8 | THOMPSON COBURN LLP
One US Bank Plaza
9 | St. Louis, Missouri 63101
Telephone: (314) 552-6000
10 | Facsimile: (314) 552-7000

11 | Attorneys for Defendant,
HUNTER ENGINEERING COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

-o0o-

| | |
|---|---|
| TYRONE CAMPBELL and KIM CAMPBELL,<br><br>Plaintiffs,<br><br>v.<br><br>HUNTER ENGINEERING COMPANY, and DOES 1 to 40,<br><br>Defendants. | Case No. CV12-03777<br><br>**STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED;**<br><br>[PROPOSED] ORDER ON STIPULATION |

STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; [PROPOSED] ORDER ON STIPULATION

1

Defendant HUNTER ENGINEERING COMPANY and Plaintiffs TYRONE CAMPBELL and KIM CAMPBELL hereby stipulate by and through their counsel of record as follows:

That the Court enter an order allowing Defendant HUNTER ENGINEERING COMPANY to add the following twenty-seventh affirmative defense to its Answer to Plaintiffs' Complaint and that Defendant's Answer filed in this action on July 18, 2012 be deemed to be so amended:

### XXVII

Plaintiffs' damages, if any, were caused or contributed to by the negligence or other wrongful conduct of persons, firms, corporations, governmental entities, governmental agencies, municipalities, or entities other than these answering defendants, including but not limited to Plaintiff Tyrone Campbell's employer, Corinthian Colleges, Inc. dba Wyotech, and, accordingly, the principles of *Witt v. Jackson* (1961) 57 Cal.3d 57 apply so as to apportion liability according to fault and offset against any damages awarded to plaintiffs.

Recent discovery conducted in this case has revealed grounds for the assertion of this affirmative defense, based upon the principles of *Witt v. Jackson* (1961) 57 Cal.2d 57, 72-73.

**IT IS SO STIPULATED**.

Dated: January 30, 2013.

**DONAHUE • DAVIES LLP**

By: _/s/ Mary A. Stewart_
Robert E. Davies, Esq.
Mary A. Stewart, Esq.
Gregory A. Nelson, Esq.
Attorneys for Defendant,
HUNTER ENGINEERING COMPANY

---

STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; [PROPOSED] ORDER ON STIPULATION

2

1  
Dated: January 30, 2013.                     **BOSTWICK & JANOFF**

                                             By: _____
                                             Jeffrey D. Janoff, Esq.,
                                             Attorneys for Plaintiffs,
                                             TYRONE CAMPBELL and
                                             KIM CAMPBELL

STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; [PROPOSED] ORDER ON STIPULATION

3

[PROPOSED] ORDER ON STIPULATION

PURSUANT TO STIPUATION, IT IS SO ORDERED.

Dated: ~~January~~, 2013.
    February 5

_____
LUCY H. KOH
United States District Judge

STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; [PROPOSED] ORDER ON STIPULATION

4

| | |
|---|---|
| 1 | ROBERT E. DAVIES, ESQ. / SBN 106810 |
| | E-Mail: rdavies@donahuedavies.com |
| 2 | MARY A. STEWART, ESQ. / SBN 106758 |
| | E-Mail: mstewart@donahuedavies.com |
| 3 | GREGORY A. NELSON, ESQ. / SBN 274926 |
| | E-Mail: gnelson@donahuedavies.com |
| 4 | DONAHUE • DAVIES LLP |
| | P.O. BOX 277010 |
| 5 | Sacramento, CA  95827 |
| | Telephone: (916) 817-2900 |
| 6 | Facsimile:  (916) 817-2644 |

Attorneys for Defendant,
HUNTER ENGINEERING COMPANY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

-o0o-

| | |
|---|---|
| TYRONE CAMPBELL and KIM CAMPBELL, | Case No. 5:12-cv-03777-LHK |
| Plaintiffs, | **CERTIFICATE OF SERVICE ON ADVERSE PARTY OF STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; AND** |
| v. | |
| HUNTER ENGINEERING COMPANY, and DOES 1 to 40, | |
| Defendants. | **[PROPOSED] ORDER ON STIPULATION** |

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I am counsel for the Defendant HUNTER ENGINEERING COMPANY and that I electronically filed the foregoing document,

**STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED;**

**[PROPOSED] ORDER ON STIPULATION**

STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; [PROPOSED] ORDER ON STIPULATION

5

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiffs TYRONE CAMPBELL and KIM CAMPBELL:**
JEFFREY D. JANOFF, ESQ. (SBN 107066)
BOSTWICK & JANOFF
111 West Saint John Street, Suite 1040
San Jose, CA  95113
Tel:  (408) 286-2300  --  Fax: (408) 286-2303
E-Mail:  jdj@bostwickandjanoff.com

This 30 day of January, 2013.

                                       *Mary C. Stewart*
                                     Robert E. Davies
                                     Mary A. Stewart
                                     Gregory A. Nelson

STIPULATION FOR ORDER ALLOWING DEFENDANT HUNTER ENGINEERING COMPANY TO ADD AN ADDITIONAL AFFIRMATIVE DEFENSE TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND THAT DEFENDANT'S ANSWER BE DEEMED SO AMENDED; [PROPOSED] ORDER ON STIPULATION

6