| | |
|---|---|
| 1 | **ROBERT E. DAVIES, ESQ. / SBN 106810** |
| | E-Mail: rdavies@donahuedavies.com |
| 2 | **MARY A. STEWART, ESQ. / SBN 106758** |
| | E-Mail: mstewart@donahuedavies.com |
| 3 | **GREGORY A. NELSON, ESQ. / SBN 274926** |
| | E-Mail: gnelson@donahuedavies.com |
| 4 | **DONAHUE • DAVIES LLP** |
| | P.O. BOX 277010 |
| 5 | Sacramento, CA  95827 |
| | Telephone: (916) 817-2900 |
| 6 | Facsimile:  (916) 817-2644 |
| 7 | **STEVEN E. GARLOCK, ESQ. / Pro Hac Vice** |
| | E-Mail: sgarlock@thompsoncoburn.com |
| 8 | **THOMPSON COBURN LLP** |
| | One US Bank Plaza |
| 9 | St. Louis, Missouri 63101 |
| | Telephone: (314) 552-6000 |
| 10 | Facsimile: (314) 552-7000 |
| 11 | Attorneys for Defendant, |
| | HUNTER ENGINEERING COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

-o0o-

| | |
|---|---|
| TYRONE CAMPBELL and KIM CAMPBELL, | Case No. CV12-03777 |
| Plaintiffs, | **STIPULATION FOR ORDER EXTENDING DATE FOR COMPLETION OF PRIVATE MEDIATION; AND** |
| v. | **[PROPOSED] ORDER ON STIPULATION** |
| HUNTER ENGINEERING COMPANY, and DOES 1 to 40, | |
| Defendants. | |

Defendant HUNTER ENGINEERING COMPANY and Plaintiffs TYRONE CAMPBELL and KIM CAMPBELL hereby stipulate by and through their counsel of record as follows:

That the Court issue an order extending the date for the parties' completion of private mediation from May 10, 2013 to and including May 30, 2013.

The parties have agreed to mediation with Jack Williams, Williams & Williams Mediation, 110 North Third Street, San Jose, California, and have scheduled mediation for May 23, 2013.

In order to conduct a meaningful mediation, Defendant Hunter Engineering Company needs to complete an Independent Medical/Mental Examination of Plaintiff Tyron Campbell. The parties are stipulating to an examination of Plaintiff on May 6, 2013 at 8:30 a.m. by Alan D. Shonkoff, Ph.D., a Licensed Psychologist who is Board Certified in Clinical Neuropsychology, at Dr. Shonkoff's office located 2340 Ward Street, Suite 102, Berkeley, California. Despite having contacted Dr. Shonkoff in early January of 2013 to schedule this examination, Dr. Shonkoff has no earlier available dates on which to conduct this examination.

**IT IS SO STIPULATED**.

Dated:  March __, 2013.                                          **DONAHUE • DAVIES LLP**


By: _____
Robert E. Davies, Esq.
Mary A. Stewart, Esq.
Gregory A. Nelson, Esq.
Attorneys for Defendant,
HUNTER ENGINEERING COMPANY


Dated:  March __, 2013.                                          **JANOFF LAW GROUP**


By: _____
Jeffrey D. Janoff, Esq.,
Attorneys for Plaintiffs,
TYRONE CAMPBELL and
KIM CAMPBELL

**[PROPOSED] ORDER ON STIPULATION**

**PURSUANT TO STIPUATION, IT IS SO ORDERED.**

Dated: March 22, 2013.

_____
LUCY H. KOH
United States District Judge