1   **ROBERT E. DAVIES, ESQ. / SBN 106810**
          E-Mail: **rdavies@donahuedavies.com**
2   **MARY A. STEWART, ESQ. / SBN 106758**
          E-Mail: **mstewart@donahuedavies.com**
3   **GREGORY A. NELSON, ESQ. / SBN 274926**
          E-Mail: **gnelson@donahuedavies.com**
4   **DONAHUE • DAVIES LLP**
    **P.O. BOX 277010**
5   **Sacramento, CA  95827**
    **Telephone: (916) 817-2900**
6   **Facsimile:  (916) 817-2644**

7   **STEVEN E. GARLOCK, ESQ. / Pro Hac Vice**
          E-Mail: **sgarlock@thompsoncoburn.com**
8   **THOMPSON COBURN LLP**
    **One US Bank Plaza**
9   **St. Louis, Missouri 63101**
    **Telephone: (314) 552-6000**
10  **Facsimile: (314) 552-7000**

11  **Attorneys for Defendant,**
    **HUNTER ENGINEERING COMPANY**

12

13                    **UNITED STATES DISTRICT COURT**

14        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

15                                  **-o0o-**

16  TYRONE CAMPBELL and KIM          Case No. CV12-03777
    CAMPBELL,
17                                   **STIPULATION FOR ORDER EXTENDING**
              Plaintiffs,            **DATE FOR COMPLETION OF PRIVATE**
18                                   **MEDIATION; AND**
          v.
19                                   **~~[PROPOSED]~~ ORDER ON STIPULATION**

20  HUNTER ENGINEERING COMPANY, and
    DOES 1 to 40,
21
              Defendants.
22

23        Defendant   HUNTER   ENGINEERING   COMPANY   and   Plaintiffs   TYRONE

24  CAMPBELL and KIM CAMPBELL hereby stipulate by and through their counsel of record

25  as follows:

26        That the Court issue an order extending the date for the parties' completion of

27  private mediation from May 10, 2013 to and including May 30, 2013.

28

1   The parties have agreed to mediation with Jack Williams, Williams & Williams

2   Mediation, 110 North Third Street, San Jose, California, and have scheduled mediation for

3   May 23, 2013.

4   In order to conduct a meaningful mediation, Defendant Hunter Engineering

5   Company needs to complete an Independent Medical/Mental Examination of Plaintiff Tyron

6   Campbell. The parties are stipulating to an examination of Plaintiff on May 6, 2013 at 8:30

7   a.m. by Alan D. Shonkoff, Ph.D., a Licensed Psychologist who is Board Certified in Clinical

8   Neuropsychology, at Dr. Shonkoff's office located 2340 Ward Street, Suite 102, Berkeley,

9   California. Despite having contacted Dr. Shonkoff in early January of 2013 to schedule this

10  examination, Dr. Shonkoff has no earlier available dates on which to conduct this

11  examination.

12  **IT IS SO STIPULATED**.

13

14  Dated:  March __, 2013.                    **DONAHUE • DAVIES LLP**

15

16                                            By: _____

17                                                Robert E. Davies, Esq.
                                                 Mary A. Stewart, Esq.

18                                               Gregory A. Nelson, Esq.
                                                 Attorneys for Defendant,

19                                               HUNTER ENGINEERING COMPANY

20  Dated:  March __, 2013.                    **JANOFF LAW GROUP**

21

22                                            By: _____

23                                                Jeffrey D. Janoff, Esq.,
                                                  Attorneys for Plaintiffs,

24                                               TYRONE CAMPBELL and
                                                 KIM CAMPBELL

25

26

27

28

1

2

**[PROPOSED] ORDER ON STIPULATION**

3

**PURSUANT TO STIPUATION, IT IS SO ORDERED.**

4

5

Dated:  March __22__, 2013.

_____

6

LUCY H. KOH
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28