*E-FILED: May 28, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL ET AL., | No. C12-03777 LHK (HRL) |
| Plaintiffs, | **ORDER TERMINATING DISCOVERY MOTIONS** |
| v. | |
| HUNTER ENGINEERING COMPANY ET AL., | |
| Defendants. | |

All discovery matters having been referred to the undersigned for disposition, Defendant's motion to compel (Dkt. 30) and motion to shorten time (Dkt. 31) will be terminated. The parties shall instead comply with the undersigned's Standing Order re Civil Discovery Disputes.

**IT IS SO ORDERED.**

Dated: May 28, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03777 Order will be electronically mailed to:**

Coleman Everett Ramsey    Cole_Ramsey@shww.com

Gregory Alexander Nelson    gnelson@donahuedavies.com

Jeffrey David Janoff    jdj@janofflaw.com, ang@janofflaw.com

Mary Alma Stewart    mstewart@donahuedavies.com

Robert Edmund Davies    rdavies@donahuedavies.com

Steven Edward Garlock    sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**