*E-FILED: May 31, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL ET AL.,<br>    Plaintiffs,<br>  v.<br>HUNTER ENGINEERING COMPANY ET AL.,<br>    Defendants.<br>_____/ | No. C12-03777 LHK (HRL)<br><br>**INTERIM ORDER ON DISCOVERY DISPUTE JOINT REPORT NO. 1** |

Defendants have submitted to the Court a unilateral Discovery Dispute Joint Report ("DDJR") (Dkt. 34) and plaintiffs have objected to it (Dkt. 35). It is not clear from the submissions whether the parties met to resolve the dispute in accordance with the undersigned's Standing Order Re: Civil Discovery Disputes prior to the filing of the DDJR. Lead counsel for both parties are ordered to meet and confer over the issues raised in DDJR no later than June 4, 2013 at 9:00 a.m.. As lead counsel for defendants has indicated that he lives and works in St. Louis, Missouri, the parties may meet and confer over the telephone. The Court will hold a hearing on the DDJR on **June 4, 2013 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. The parties shall participate in the hearing over the telephone by calling CourtCall at (866) 582-6878 just prior to the time appointed for the hearing. If the parties resolve their dispute prior to the hearing, it will be vacated.

**IT IS SO ORDERED.**

Dated: May 31, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03777 Order will be electronically mailed to:**

Coleman Everett Ramsey     Cole_Ramsey@shww.com

Gregory Alexander Nelson     gnelson@donahuedavies.com

Jeffrey David Janoff     jdj@janofflaw.com, ang@janofflaw.com

Mary Alma Stewart     mstewart@donahuedavies.com

Robert Edmund Davies     rdavies@donahuedavies.com

Steven Edward Garlock     sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**