United States District Court
For the Northern District of California

*E-FILED: June 4, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL ET AL.,<br>    Plaintiffs,<br>  v.<br>HUNTER ENGINEERING COMPANY ET AL.,<br>    Defendants. | No. C12-03777 LHK (HRL)<br><br>**ORDER ON DISCOVERY DISPUTE REPORT NO. 1** |

In this personal injury case, the Court held a hearing on a discovery dispute over whether defendant may obtain an independent medical examination ("IME") of plaintiff Tyrone Campbell by a neurologist. Having considered the papers submitted by the parties and the arguments made at the hearing, and for the reasons stated on the record at the hearing, the Court orders that the requested IME of Tyrone Campbell, currently scheduled for June 7, 2013 at 10:00 a.m. at neurologist Dr. Cassini's offices located at 326 Bryant Street, Palo Alto, California, proceed as scheduled. The IME shall not exceed two hours in duration.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03777 Order will be electronically mailed to:**

Coleman Everett Ramsey    Cole_Ramsey@shww.com

Gregory Alexander Nelson    gnelson@donahuedavies.com

Jeffrey David Janoff    jdj@janofflaw.com, ang@janofflaw.com

Mary Alma Stewart    mstewart@donahuedavies.com

Robert Edmund Davies    rdavies@donahuedavies.com

Steven Edward Garlock    sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**