UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL and KIM CAMPBELL, | Case No.:12-CV-03777-LHK |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE |
| v. | |
| HUNTER ENGINEERNIG COMPANY, | |
| Defendant. | |

In the parties' Joint Case Management Statement of June 19, 2013, ECF No. 40, both parties indicated that they are now willing to have a Magistrate Judge conduct all further proceedings in the case. If the parties wish to proceed before a Magistrate Judge, they shall file consents to proceed before a United States Magistrate Judge by June 24, 2013, at noon. If such consents are filed, the Court will vacate the June 26, 2013 Case Management Conference and reassign the case to a Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: June 20, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03777-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER