1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL and KIM CAMPBELL, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>HUNTER ENGINEERNIG COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Case No.:12-CV-03777-LHK<br><br>ORDER DIRECTING PROPOSED<br>INTERVENOR ZURICH AMERICAN<br>INSURANCE COMPANY TO FILE<br>CONSENT OR DECLINATION TO<br>PROCEED BEFORE A U.S.<br>MAGISTRATE JUDGE |

In the parties' Joint Case Management Statement of June 19, 2013, ECF No. 40, both

Plaintiffs and Defendant indicated that they are now willing to have a Magistrate Judge conduct all

further proceedings in the case.  On June 24, 2013, both Plaintiffs and Defendant filed formal

consents to proceed before a Magistrate Judge.  ECF No. 42; ECF No. 43.

In order for the Court to vacate the June 26, 2013 Case Management Conference and

reassign the case to a Magistrate Judge for all further proceedings, proposed Intervenor Zurich

American Insurance Company must also file a formal consent to proceed before a Magistrate

Judge.  Zurich American Insurance Company shall file a consent or declination to proceed before a

Magistrate Judge by noon on June 25, 2013.

**IT IS SO ORDERED.**

Dated: June 24, 2013

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge