*E-FILED: July 8, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL ET AL., <br>     Plaintiffs, <br> v. <br> HUNTER ENGINEERING COMPANY ET AL., <br>     Defendants. | No. C12-03777 HRL <br><br> **ORDER** |

Pursuant to the reassignment of this case to the undersigned for all purposes, the parties are directed to renotice all pending motions for hearing before Magistrate Judge Lloyd. As Zurich American Insurance Company's motion for an order granting leave to intervene (Dkt. 47) did not appear on the Court's electronic docketing system until July 3, 2013, Zurich American Insurance Company shall also reset the briefing schedule on its motion.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 12-03777 Order will be electronically mailed to:**

2  Coleman Everett Ramsey Cole_Ramsey@shww.com

3  Gregory Alexander Nelson gnelson@donahuedavies.com

4  Jeffrey David Janoff jdj@janofflaw.com, ang@janofflaw.com

5  Mary Alma Stewart mstewart@donahuedavies.com

6  Robert Edmund Davies rdavies@donahuedavies.com

7  Steven Edward Garlock sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**