*E-FILED: July 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL ET AL.,<br>       Plaintiffs,<br>   v.<br>HUNTER ENGINEERING COMPANY ET AL.,<br>       Defendants. | No. C12-03777 HRL<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT** |

Pursuant to the reassignment of this case to the undersigned for all purposes, a Case Management Conference is set for July 30, 2013 at 1:30 p.m. before Magistrate Judge Howard R. Lloyd in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.  A Joint Case Management Statement is due no later than July 23, 2013.  The deadline for the close of Expert Discovery, currently set for July 26, 2013, is vacated until further notice or until it is reset at the July 30, 2013 Case Management Conference.  Until further notice, all other case management deadlines remain the same.

**IT IS SO ORDERED.**

Dated: July 16, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03777 Order will be electronically mailed to:**

Coleman Everett Ramsey Cole_Ramsey@shww.com

Gregory Alexander Nelson gnelson@donahuedavies.com

Jeffrey David Janoff jdj@janofflaw.com, ang@janofflaw.com

Mary Alma Stewart mstewart@donahuedavies.com

Robert Edmund Davies rdavies@donahuedavies.com

Steven Edward Garlock sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**