*E-FILED: July 25, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TYRONE CAMPBELL ET AL.,
    Plaintiffs,
v.

HUNTER ENGINEERING COMPANY ET AL.,
    Defendants.

No. C12-03777 HRL

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

The parties having filed a Notice of Settlement (Dkt. 52), the July 30, 2013 Case Management Conference is vacated and all pending motions and deadlines are terminated.

All parties shall appear on **September 17, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 10, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

SO ORDERED.

Dated: July 25, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03777 Order will be electronically mailed to:**

Coleman Everett Ramsey Cole_Ramsey@shww.com

Gregory Alexander Nelson gnelson@donahuedavies.com

Jeffrey David Janoff jdj@janofflaw.com, ang@janofflaw.com

Mary Alma Stewart mstewart@donahuedavies.com

Robert Edmund Davies rdavies@donahuedavies.com

Steven Edward Garlock sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**