*E-FILED: July 25, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE CAMPBELL ET AL.,<br>    Plaintiffs,<br>  v.<br>HUNTER ENGINEERING COMPANY ET AL.,<br>    Defendants. | No. C12-03777 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties having filed a Notice of Settlement (Dkt. 52), the July 30, 2013 Case Management Conference is vacated and all pending motions and deadlines are terminated.

All parties shall appear on **September 17, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.  The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 10, 2013**.  The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

SO ORDERED.

Dated: July 25, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03777 Order will be electronically mailed to:**

Coleman Everett Ramsey Cole_Ramsey@shww.com

Gregory Alexander Nelson gnelson@donahuedavies.com

Jeffrey David Janoff jdj@janofflaw.com, ang@janofflaw.com

Mary Alma Stewart mstewart@donahuedavies.com

Robert Edmund Davies rdavies@donahuedavies.com

Steven Edward Garlock sgarlock@thompsoncoburn.com, dwoll@thompsoncoburn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**